No. 605. FLYNN v. BOWLES, PRICE ADMINISTRATOR. February 28, 1944. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Evelyn Flynn, pro se. Solicitor General Fahy* and *Mr. Richard H. Field* for respondent.

No. 623. BODELL, EXECUTOR, v. COMMISSIONER OF INTERNAL REVENUE. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Ira Lloyd Letts* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Joseph M. Jones,* and *Miss Helen R. Carloss* for respondent.

No. 629. BRYAN ET AL. v. CREAVES. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Leon M. Despras* for petitioners. *Mr. Jacob Levy* for respondent.

No. 630. EDWARD G. BUDD MANUFACTURING CO. v. NATIONAL LABOR RELATIONS BOARD. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Henry S. Drinker* for petitioner. *Solicitor General Fahy, Messrs. Walter J. Cummings, Jr.* and *Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 631. COHEN ET AL. v. YOUNG ET AL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Meyer*

*Abrams* for petitioners. *Mr. Thomas G. Long* for respondents.

No. 651. DUKE, DOING BUSINESS AS ROOSEVELT CHAIR & SUPPLY CO., *v.* EVEREST ET AL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Charles B. Cannon* and *Geo. H. Wallace* for petitioner. *Mr. Fred H. Miller* for respondents.

No. 607. WALEY *v.* JOHNSTON, WARDEN. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Harmon Metz Waley, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for respondent.

No. 611. DUNCAN *v.* IOWA. February 28, 1944. Petition for writ of certiorari to the Supreme Court of Iowa denied.

No. 672. TAYLOR *v.* RAGEN, WARDEN. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 677. FRAME *v.* AMRINE, WARDEN. February 28, 1944. Petition for writ of certiorari to the Supreme Court of Kansas denied.

No. 509. LANG *v.* SWOPE, WARDEN. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.